## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JIM E. DUBBERKE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| and ) | |
| ) | |
| SECURA INSURANCE COMPANIES ) | |
| a/s/o TEMPERATURE ) | |
| ENGINEERING, INC., ) | |
| ) | |
| Intervener-Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2023-cv-05680 |
| ) | |
| WENDY'S INTERNATIONAL, LLC ) | |
| d/b/a THE WENDY'S COMPANY, ) | |
| and WENDY'S PROPERTIES, LLC, ) | |
| ) | |
| Defendants/Third-Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| TEMPERATURE ENGINEERING, ) | |
| INC., ) | |
| ) | |
| Third-Party Defendant. ) | |

## **JOINT STATUS REPORT**

The parties hereby submit the following Joint Status Report:

I.  **Nature of Case**

   a.   Plaintiff:   Jim Dubberke, Jr.
                    Mr. Steve Berman, lead counsel
                    Audrey Dufour
                    Anesi Ozman, Ltd.
                    161 North Clark, 21st Floor
                    Chicago, IL 60601
                    312.372.3822

  Defendants: WENDY'S INTERNATIONAL, LLC. d/b/a THE WENDY'S COMPANY, and WENDY'S PROPERTIES, LLC
    Mr. Shimon Kahan
    LaBarge, Campbell, Lyon & Kahan, LLC.
    200 W. Jackson Blvd., Suite 2050
    Chicago, IL 60606
    (312) 735-2275 (m)

  Third-Party Defendant:
    Temperature Engineering, Inc.
    Mr. Lee A. Laudicina
    Best, Vanderlaan & Harrington
    25 E. Washington Street, Suite 800
    Chicago, IL 60602
    (312) 819-1100

  Intervener: Secura Insurance Company
    Mr. Stuart M. Brody
    Thompson, Brody & Kaplan, LLP
    161 N. Clark Street, Suite 3575
    Chicago, IL 60601
    (312) 782-9320

  b. Jurisdiction: This action is a civil action for personal injuries. This Court has original jurisdiction under 28 U.S.C. §1332(a)(1). Plaintiff Jim Dubberke, Jr., was a citizen of the State of Illinois. Defendants reside as follows:

1) Wendy's International, LLC, is an Ohio limited liability company whose sole member is Wendy's Restaurants, LLC, a Delaware limited liability company with its principal place of business in Ohio. Wendy's Restaurants, LLC's member is The Wendy's Company, a holding, which is domiciled on the state of Delaware.

2) Wendy's Properties, LLC, is a Delaware limited liability company whose sole member is Wendy's Funding, LLC, which is also a Delaware limited liability company and with its principal place of business in Dublin, Ohio.

3) Further, Wendy's Funding, LLC, has one member-Wendy's SPV Guarantor, LLC. Wendy's SPV Guarantor, LLC, has one member-Oldemark LLC. Oldemark, LLC, has one member-Wendy's International, LLC. Wendy's International, LLC, has one member-Wendy's Restaurants, LLC. Wendy's Restaurants, LLC, is owned by The Wendy's Company, a Delaware corporation with its principal place of business in Ohio.

4) Plaintiff's information and belief is based upon the Defendants' filing in a related matter, Document #1 in case number 23-cv-02989, which was a case based on the same incident as the pending matter and removed to federal court by the Defendants.

Third-Party Defendant, Temperature Engineering, Inc., is an Illinois corporation with its principal place of business in Willowbrook, Illinois.

c. Cause of Action: Plaintiff asserts that he suffered severe injuries when he was caused to fall while working on a stepladder in a Wendy's restaurant owned, operated, and/or controlled by Defendant(s). While working on a stepladder provided by Defendant(s), certain boxes piled up in the storeroom by Defendant(s) toppled over and struck Plaintiff, knocking him off the stepladder and causing him to fall to the floor with the boxes falling onto him. Defendants deny those allegations.

Plaintiff asserts causes of action for Negligence and for Premises Liability. Defendants appeared and answered the complaint on October 31, 2023, in which they deny all allegations of negligence. Further, Defendants filed a third-party complaint for contribution and breach of contract against Plaintiff's employer, Temperature Engineering, Inc. (an Illinois Corporation). They have also filed an affirmative defense as to plaintiff's comparative fault in causing or contributing to cause the accident complaint of and deny all material allegations. Temperature Engineering, Inc. has been served and filed its appearance and its motion for an extension of time to plead on January 19, 2024. In addition, on January 18th, 2024, Secura Insurance Company, Temperature Engineering's Workers Compensation insurance carrier, filed its appearance and a motion for leave to file its Intervenor Complaint, which has now been filed. Defendants' responsive pleadings to the intervenor complaint have been filed, which included a motion to dismiss count II.

d. The major legal and factual issues in the case are likely to be liability as well as the nature and extent of the damages that were proximately caused by the incident. In addition, there are contractual issues between and among the third-party plaintiffs and the third-party defendant.

e. The relief sought by Plaintiff is compensatory damages for his personal injuries, including medical bills, lost wages and benefits and earning capacity, pain and suffering, loss of a normal life/disability, disfigurement, and any other applicable items of damages proved by the facts of the case. The Intervener-Plaintiff's claim is for payment of the Work. Comp. lien.

The defendants/third party plaintiffs seek contribution from plaintiff's employer. In addition, they have claims for breach of contract and indemnity based upon the contract with Temperature Engineering. Third-Party Defendant denies said allegations and pled that it has *Kotecki* protection, as well as that all such claims are barred by Ohio law pursuant to a choice of law provision in the contract at issue.

**II.     Pending Motions and Case Plan**

a. Service of process is complete at this time.

    b.    Secura Insurance Company has filed its Intervenor-Complaint; defendants answered count I but have filed a motion to dismiss Count II.

    c.    Discovery plan:

        i.    The type of discovery that is needed is written discovery and oral discovery of fact and treating medical witnesses. There will also likely be expert witness discovery.
        ii.    26(a)(1) disclosures to be served by March 29, 2024.
        iii.    Written discovery to be issued by April 15, 2024.
        iv.    Written discovery, and party and lay fact depositions to be completed by July 1, 2024.
        v.    FRCP 26a2C Disclosures to be served by August 1, 2024.
        vi.    FRCP 26a2C Depositions to be completed by October 1, 2024.
        vii.    FRCP 26a2B Disclosures and Compliance served by November 30, 2024.
        viii    FRCP 26a2B rebuttal disclosures by December 30, 2024.
        ix.    FRCP 26a2B Depositions by February 15, 2025.
        x.    Dispositive Motions Filed by March 15, 2025.
        xi.    Case ready for Scheduling Final Pre-Trial Conference Order Deadlines, Conference and Trial Date.

    d.    A jury trial has been requested. The length of such trial is undetermined at this time, but would likely take 4-5 actual court days.

    e.    The parties agree to service of pleadings/papers by electronic means.

## III. Consent to proceed before a Magistrate Judge.

    a.    The parties agree to proceed before a Magistrate Judge for purposes of discovery; however, the parties are not currently prepared to consent to proceed before a Magistrate Judge for trial/entry of final judgment.

## IV. Status of Settlement Discussions.

    a.    No settlement discussions have occurred yet.

    b.    see a.

    c.    A settlement conference may be requested, but the parties request to take some fact discovery prior to formally requesting a settlement conference before the Court.

*/s/Steven A. Berman*
Attorneys for Plaintiff

Steven A. Berman
**ANESI OZMON, LTD.**
161 North Clark Street - 21st Floor
Chicago, IL 60601
(312) 372-3822
sberman@anesilaw.com


*/s/ Stuart M. Brody*
Intervener-Plaintiff
Stuart M. Brody, Esq.
THOMPSON BRODY & KAPLAN, LLP
161 N. Clark Street, Suite 3575
Chicago, IL 60601
Phone No. (312) 374-9320
E-Mail: brody@tbkllp.com

/s/ Shimon B. Kahan
Attorneys for Defendants/Third-Party Plaintiffs
LaBarge Campbell Lyon & Kahan, LLC
200 W. Jackson Blvd.-Suite 2050
Chicago, IL 60606
General office: 312-580-9010
Direct 312-735-2275
E-Mail: skahan@lcllaw.com

/s/ Lee A. Laudicina
Attorneys for TPD Temperature Engineering, Inc.
Lee A. Laudicina
Best, Vanderlaan & Harrington
25 E. Washington Street, Suite 800
Chicago, IL 60602
(312) 819-1100
E-Mail: llaudicina@bestfirm.com